CONSENT TO SUE UNDER
THE FAIR LABOR STANDARDS ACT

I, __Pedro Cabeca__, am an individual formerly employed by __Glenoak Enterprises LLC d/b/a 2000 Hand Car Wash, eta__ (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: ___Ped C___

Name:

Dated as of __1/30/14__