UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

PEDRO CABRERA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                     Plaintiff,

-against-

GLENOAK ENTERPRISES LLC d/b/a 2000 HAND CAR WASH, PHENOMENA WASH, LTD d/b/a SAVVY CAR WASH and ARTHUR STEIN,

                     Defendants.

---------------------------------------------------------X

14 CV 5599

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including January 12, 2015. There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants also agree to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service of the Complaint and all amendments thereon.

For the Defendants:

By: */s/ Brian S. Cohen*
    Brian S. Cohen, Esq.
    Cohen Law Group, P.C.
    10 East 40th Street, 46th Floor
    New York, NY 10016
    Telephone: (212) 967-2879
    Fax: (646) 349-2567
    brian@cohenlg.com

Date: November 13, 2014

For the Plaintiff:

By: */s/ C.K. Lee*
    C.K. Lee, Esq.
    Lee Litigation Group, PLLC
    30 East 39th Street, 2nd Floor
    New York, New York 10016
    Telephone: (212) 465-1188
    Fax: (212) 465-1181
    cklee@leelitigation.com

Date: November 13, 2014

SO ORDERED

_____
U.S.D.J.

_____
Dated