# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 30 YEARS

45-18 Court Square, Suite 403
Long Island City, New York 11101

T: 718.275.6700 • F: 718.275.6704

**NILS C. SHILLITO**
**ASSOCIATE**
Tel: 718.275.6700 x 205
nshillito@hansassociates.com

February 3, 2015

*VIA ECF*

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Cabrera v. Glenoak Enterprises LLC, et al.</u>
     <u>Case No. 14 Civ. 5599 (FB)(RLM)</u>

Dear Judge Mann:

  This firm represents the defendants in connection with the above-referenced matter. I write to inform the Court that the parties' efforts to resolve the plaintiff's anticipated motion for Fair Labor Standards Act collective action conditional certification by stipulation have been successful. The parties expect to file their signed stipulation, with accompanying proposed FLSA collective action rights notice and opt-in forms, later today for the Court's review and approval. I would like to thank Your Honor for the Court's patience in this matter, and I apologize for missing the extended deadline and for not requesting a further extension of time with respect to the defendants' motion response letter.

            Respectfully submitted,

            /s/Nils C. Shillito

            Nils C. Shillito (NS-6755)

cc: C.K. Lee, Esq. (via ecf)