UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PEDRO CABRERA,

                        Plaintiff,                                    **ORDER**

      -against-                                              14-CV-5599 (FB)

**GLENOAK ENTERPRISES, LLC, et al.,**

                        **Defendants.**
-------------------------------------------------------------x

        The Court has reviewed the parties' Stipulation of Conditional Collective Certification, Docket Entry ("DE") #17, and approves it with the following modifications:

        (1) "The common practice in the Eastern District is to have opt-in plaintiffs send their consent forms to the Clerk of the Court rather than to plaintiffs' counsel." Velasquez v. Digital Page, Inc., No. CV-11-3892(LDW)(AKT), 2014 WL 2048425, at *14 (E.D.N.Y. May 19, 2014) (collecting cases). This Court follows that practice. The Notice of Pendency (DE #17-1) and Consent to Sue Form (DE #17-2) should be modified accordingly.

        (2) In addition, although the Notice of Pendency appropriately advises potential opt-ins that they need not be represented by the plaintiff's counsel, Lee Litigation Group, PLLC, but are permitted to retain separate counsel or represent themselves, the proposed Consent Form does not afford the potential opt-ins those other options. The Consent to Sue Form should be modified to provide each opt-in with those three alternatives, with each opt-in able to check the box corresponding to the representation preferred by him or her.

        SO ORDERED.

Dated:    Brooklyn, New York
            February 6, 2015

                                            /s/ *Roanne L. Mann*
                                            **ROANNE L. MANN**
                                            **UNITED STATES MAGISTRATE JUDGE**