ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: March 11, 2015  
START: 12:00 p.m.  
END: 12:30 p.m.

DOCKET NO: 14-CV-5599 (FB)

CASE: Cabrera v. Glenoak Enterprises LLC

- [x] **INITIAL CONFERENCE**
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

**PLAINTIFF** / **ATTORNEY**: C. K. Lee

**DEFENDANT** / **ATTORNEY**: Nils Shillito

- [x] FACT DISCOVERY TO BE COMPLETED BY October 30, 2015
- [x] NEXT (Settlement) CONFERENCE SCHEDULED FOR June 5, 2015 2:00 p.m.
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties report that the section 216(b) notices went out on March 6, 2015. They shall promptly docket the form of the amended notices that was sent.

Automatic disclosures shall be completed by March 18, 2015.

Pleadings may be amended and new parties added until June 30, 2015.