## "CONSENT TO SUE" FORM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PEDRO CABRERA,
*on behalf of himself, FLSA Collective Plaintiffs
and the Class,*
                              Plaintiff,

            -against-
GLENOAK ENTERPRISES LLC d/b/a 2000
HAND CAR WASH, et al.,
                              Defendants.

-------------------------------------------------------X

FIL[ED]
IN CLERK'S [OFFICE]
US DISTRICT C[OURT]

* MAR 24 2015 *

14-CV-5599 BROOKLYN OFFICE

If you are or were employed as a non-exempt car wash worker (including car washers, car vacuumers, and car driers) by GLENOAK ENTERPRISES LLC d/b/a 2000 HAND CAR WASH at any time from January 23, 2012 through January 23, 2015 at the "2000 Hand Car Wash" located at 17504 Horace Harding Expressway, Fresh Meadows, NY 11365 and you wish to join in the FLSA claims portion of this lawsuit, complete and mail this Consent Form by May 5, 2015 to:

> Clerk of the Court
> United States District Court, Eastern District of New York
> 225 Cadman Plaza East
> Brooklyn, New York 11201

I hereby consent to join the FLSA claims portion of this lawsuit as a party plaintiff.

I designate the following as my counsel (please check the applicable box):

☐    I choose to be represented by Lee Litigation Group, PLLC. I agree and designate Plaintiff and his counsel as my agent to negotiate and execute any settlement agreement on behalf of myself and the FLSA collective

☐    I choose to retain separate counsel to represent me

☐    I choose to represent myself

Name: _____

Address: _____

        City: _____ State: _____ ZIP: _____

Telephone Number: _____

E-mail Address: _____

SIGNATURE: _____ Date: _____

## FORMULARIO DE "CONSENTIMIENTO PARA DEMANDAR"

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO ESTE DE NUEVA YORK

-------------------------------------------------X

PEDRO CABRERA,
*on behalf of himself, FLSA Collective Plaintiffs and*
*the Class,*

           Demandante,               14-CV-5599 (FB)(RLM)

     -contra-

GLENOAK ENTERPRISES LLC d/b/a 2000 HAND
CAR WASH, et al.,

           Demandados.

-------------------------------------------------X

       **Si usted está o estuvo empleado como un empleado no-exento (incluyendo los lavadores de automóviles, aspiradores de automóviles, y secadores de automóviles) por GLENOAK ENTERPRISES LLC d/b/a 2000 HAND CAR WASH, en cualquier momento entre el 23 de enero de 2012 hasta el 23 de enero de 2015, en el "2000 Hand Car Wash", ubicado en 17504 Horace Harding Expressway, Fresh Meadows, NY 11365, y quiere unirse a las reclamaciones del FLSA de esta demanda,** complete y llene este formulario de consentimiento antes de 5 de Mayo de 2015 a:

        Clerk of the Court
        United States District Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, NY 11201

**Doy mi consentimiento para unirme a la porción del FLSA de esta demanda como demandante.**

**Designo lo siguiente como my abogado (por favor marque la casilla correspondiente) como mi agente para negociar y ejecutar cualquier acuerdo en mi nombre y la clase colectiva FLSA.**

☒      **Elijo ser representado por Lee Litigation Group, PLLC. Estoy de acuerdo y designo a el demandante y su abogado como mi agentes para negociar y ejecutar cualquier acuerdo en mi nombre y en el colectivo del FLSA.**

☐      **Elijo contratar a un abogado separado para que me represente.**

☐      **Elijo representarme a mí mismo.**

Nombre: Juan Carlos Azucena

Dirección: 5954 156 ST 1FL

Ciudad: FLUSHING       Estado: NY       Código Postal: 11355

Número Telefónico: 718 640 3226

Correo Electrónico: _____

FIRMA: _____       Fecha: 3/17/2015