FORMULARIO DE "CONSENTIMIENTO PARA DEMANDAR"

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO ESTE DE NUEVA YORK

---------------------------------------------------X

PEDRO CABRERA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Demandante,

   -contra-

GLENOAK ENTERPRISES LLC d/b/a 2000 HAND CAR WASH, et al.,

        Demandados.

---------------------------------------------------X

14-CV-5599

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 10 2015 ★

BROOKLYN OFFICE

    Si usted está o estuvo empleado como un empleado no-exento (incluyendo los lavadores de automóviles, aspiradores de automóviles, y secadores de automóviles) por GLENOAK ENTERPRISES LLC d/b/a 2000 HAND CAR WASH, en cualquier momento entre el 23 de enero de 2012 hasta el 23 de enero de 2015, en el "2000 Hand Car Wash", ubicado en 17504 Horace Harding Expressway, Fresh Meadows, NY 11365, y quiere unirse a las reclamaciones del FLSA de esta demanda, complete y llene este formulario de consentimiento antes de 5 de Mayo de 2015 a:

        Clerk of the Court
        United States District Court
        Eastern District of New York
        225 Cadman Plaza East
        Brooklyn, NY 11201

Doy mi consentimiento para unirme a la porción del FLSA de esta demanda como demandante.

Designo lo siguiente como my abogado (por favor marque la casilla correspondiente) como mi agente para negociar y ejecutar cualquier acuerdo en mi nombre y la clase colectiva FLSA.

☑ Elijo ser representado por Lee Litigation Group, PLLC. Estoy de acuerdo y designo a el demandante y su abogado como mi agentes para negociar y ejecutar cualquier acuerdo en mi nombre y en el colectivo del FLSA.

☐ Elijo contratar a un abogado separado para que me represente.

☐ Elijo representarme a mí mismo.

Nombre: Luis E Hernandez

Dirección: 63 plymooth st F

Ciudad: Bridgeport    Estado: CT    Código Postal: 06610

Número Telefónico: 203 5560527    203 5560516

Correo Electrónico: kaite503@gmail.com

FIRMA: _____    Fecha: 03/23/15



Luis E Hernandez
63 Plymouth St
Bridgeport, CT 06610

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 10 2015 ★
BROOKLYN OFFICE

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201