# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 30 YEARS

45-18 Court Square, Suite 403
Long Island City, New York 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700 x 205
nshillito@hansassociates.com

June 1, 2015

*VIA ECF*

Honorable Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>**Cabrera v. Glenoak Enterprises LLC., et al.**</u>
               <u>**Case No. 14 Civ. 5599 (FB)(RLM)**</u>

Dear Judge Mann:

      This firm represents the defendants in connection with the above-referenced matter. There is a settlement conference currently scheduled for Friday June 5, 2015 before Your Honor. I write jointly with the consent of counsel for the plaintiff to respectfully request the cancellation of this settlement conference. The parties have decided to pursue private mediation and explore possibilities for a potential class settlement of the plaintiff's claims. The parties are currently in the process of sharing documents that will be helpful for the mediation and are scheduling a mediation session with Ruth D. Raisfeld, Esq., a skilled and experienced mediator in cases involving wage and hour class and collective action claims.

                                     Respectfully submitted,

                                       /s/Nils C. Shillito

                                     Nils C. Shillito (NS-6755)

cc:    C.K. Lee, Esq. (via ecf)

www.hansassociates.com